| **Information to identify the case:** | |
|---|---|
| Debtor 1       **Davon Letrel Jackson** | Social Security number or ITIN   **xxx−xx−4417** |
| First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2       **Keta Juanita Jackson**<br>(Spouse, if filing) | Social Security number or ITIN   **xxx−xx−5516** |
| First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Virginia** | |
| Case number:   **12−34825−KRH** | |

## Discharge of Joint Debtors                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(b) is granted to:

Davon Letrel Jackson                                    Keta Juanita Jackson
aka Davon Letrel Jackson Sr.                            fka Keta Juanita Williams

April 14, 2016                              **For the court:**    William C. Redden
                                                                  Clerk

**Explanation of Bankruptcy Discharge Before Completion of a Chapter 13 Plan**

The court has determined that the debtors are entitled to a discharge pursuant to 11 U.S.C. § 1328(b) without completing all of the requirements under the chapter 13 plan. A discharge pursuant to § 1328(b) is referred to as a "hardship discharge."

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

**For more information, see page 2 >**

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 hardship discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                           Eastern District of Virginia
In re:                                                          Case No. 12-34825-KRH
Davon Letrel Jackson                                            Chapter 13
Keta Juanita Jackson
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0422-7          User: mullert                Page 1 of 3                  Date Rcvd: Apr 14, 2016
                              Form ID: 3180WH              Total Noticed: 77


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2016.
db/jdb         +Davon Letrel Jackson,    Keta Juanita Jackson,    925 Wheelwood Way,    Richmond, VA 23223-2640
cr             +NCEP, LLC by AIS Data Services, LP as agent,    PO Box 165028,    Irving, TX 75016-5028
cr             +WELLS FARGO BANK, NA,    8100 Three Chopt Road,    Suite 240,   Richmond, VA 23229-4833
11328950        ACS Education Service,    Attn: Specialized Servicing Gr,    P.O. Box 7052,
                 Utica, NY 13504-7052
11328951       +Advantage 2000 Consultants,    4121 Union Rd,    Ste 216,   Saint Louis, MO 63129-1070
11328952        Allstate Indemnity Company,    PO Box 3576,    Akron, OH 44309-3576
11548078       +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,   2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
11328954       +Associated Creditors Exchange,    3443 N. Central Ave.,    Suite 1100,   Phoenix, AZ 85012-2223
11328955        BCC Financial Management Serv,    P O Box 590097,    Fort Lauderdale, FL 33359-0097
11328956       +Berkeley & Degaetani Law Frim,    1301 N Hamilton St,    Suite 200,   Richmond, VA 23230-3959
11328957       +Bon Secours Rich Health Cen,    Attn: Beverly Slater,    8580 Magellan Parkway,
                 Richmond, VA 23227-1149
11328958        Buford Imaging,   2612 Buford Rd,    Richmond, VA 23235-3422
11550322       +CAPITAL ONE BANK (USA), N.A,    PO Box 12907,   Norfolk VA 23541-0907
11550640       +CAPITAL ONE, N.A.,    PO Box 12907,   Norfolk VA 23541-0907
11328960        Check City,   P.O. Box 970183,    Orem, UT 84097-0183
11328962       +Comcast Communications,    Attn: Bankruptcy Notification,    8029 Corporate Drive,
                 White Marsh, MD 21236-4977
11328968      ++DOMINION VIRGINIA POWER,    PO BOX 26666,   18TH FLOOR,    RICHMOND VA 23261-6666
               (address filed with court: Dominion Virginia Power,    P.O. Box 26666,    18th Floor,
                 Richmond, VA 23261-6666)
11328969        Equity One, Inc.,    9600 Bryn Mawr Ave.,   Suite 100,    Des Plaines, IL 60018-5209
11328973      ++FOCUSED RECOVERY SOLUTIONS,    9701 METROPOLITAN COURT,    STE B,   RICHMOND VA 23236-3690
               (address filed with court: Focused Recovery Solutions,    9701 Metropolitan Court,   Suite B,
                 Richmond, VA 23236-3690)
11328971       +First Data,   1307 Walt Whitman Rd,    Melville, NY 11747-4819
11328974       #+Fredericksburg Credit Bureau,    10506 Wakeman Drive,   Fredericksburg, VA 22407-8040
11328978      ++HORIZON FINANCIAL MANAGEMENT LLC,    9980 GEORGIA ST,    CROWN POINT IN 46307-6520
               (address filed with court: Horizon Financial Management,    8585 S. Broadway,   Suite 880,
                 Merrillville, IN 46410-5661)
11328977       +HealthPort,   120 Bluegrass Valley Pkwy,    Alpharetta, GA 30005-2204
11328979       +Huntwood Homeowners Assoc,    PO Box 378,   Henrico, VA 23075-0378
11328980       +Integrity Financial Ptr,    4370 W 109th St,   Ste 100,    Leawood, KS 66211-1316
11328981        International Coll Agency LLC,    PO Box 692715,   Orlando, FL 32869-2715
11328982       +LabCorp-Corporate Headquarters,    1447 York Court,    P.O. Box 2240,   Burlington, NC 27216-2240
11351755       +Life Insurance Co. of North America,    Cigna,   1601 Chestnut Street, TL07V,
                 Philadelphia, PA 19192-0003
11403941        MCV HOSPITAL,   P O BOX 980462,    RICHMOND, VA 23298-0462
11328983        MCV Physicians,    P O Box 91747,   Richmond, VA 23291-1747
11329000      ++MEDICAL COLLEGE OF VIRGINIA MCV HOSPITAL,    PO BOX 980462,   RICHMOND VA 23298-0462
               (address filed with court: VCU Health System,    P.O. Box 758997,   Baltimore, MD 21275-0000)
11328984       +Meyer Day and Lovings PC,    5855 Bremo Road,   Suite 302,    Richmond, VA 23226-1923
12882660       +NCEP, LLC,   P.O. Box 165028,    Irving, TX 75016-5028
12920690       +NCEP, LLC,   by AIS Data Services, LP as agent,    PO Box 4138,   Houston, TX 77210-4138
11328986        Neurosurgical Associates, PC,    710 Midlothian Tpk, Suite 138,    Richmond, VA 23235-0000
11328987       +Oakland Chase Assoc LP,    6416 Oakfront Court,   Henrico, VA 23231-4857
11328988       +Parker, Pollard, Wilton & Pead,    6802 Paragon Place,    Ste 300,   Henrico, VA 23230-1655
11328989        Parrish & Lebar, LLP,    5 E Franklin St,   Richmond, VA 23219-2105
11328990        Patient First,    Billing Department,   P.O. Box 758941,    Baltimore, MD 21275-8941
11476699        Stony Point Surgery Center, LLC,    C/O Berkeley, Curry & Cook,
                 1301 N. Hamilton St., Suite 200,    Richmond, VA 23230-3959
11328995       +Stony Point Surgery Ctr LLC,    8700 Stony Point Parkway,   Richmond, VA 23235-1962
11328996       +The Coons Agency,    11108 Hull St Rd,   Midlothian, VA 23112-3204
11328997       +The Fitzpatrick Law Group, PC,    4118 Leonard Dr.,   Suite 200,    Fairfax, VA 22030-5118
11328998        United Collection Bureau, Inc.,    5620 Southwyck Blvd Ste 206,    Toledo, OH 43614-1501
11328999       +United Property Assoc LP,    6416 Oakfront Court,   Henrico, VA 23231-4857
11329003       +Virginia Family Physicians PC,    2367 Colony Crossing Place,    Midlothian, VA 23112-4280
11329005       +West Bay Acquisitions,    PO Box 189,   East Greenwich, RI 02818-0189
11329006       +West End Anesthesia,    5855 Bremo Road,   Suite 100 North,   Richmond, VA 23226-1926
11329007       +Westgate Resorts,    2801 Old Winter Garden Road,   Ocoee, FL 34761-2965

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: PRA.COM Apr 15 2016 01:33:00      Pra Receivables Management, Llc As Agent Of Portfo,
                 POB 41067,   Norfolk, Va 23541-1067
11328953       +EDI: RMCB.COM Apr 15 2016 01:33:00      American Medical Coll Agency,   4 Westchester Plaza,
                 Suite 110,   Elmsford, NY 10523-1615
11328961        EDI: CITICORP.COM Apr 15 2016 01:38:00      Citibank USA,   Centralized Bankruptcy,
                 P.O. Box 20507,   Kansas City, MO 64195-0507
11328959       +EDI: CAPITALONE.COM Apr 15 2016 01:38:00      Capital One, N.A.,   Capital One Bank (USA), NA,
                 PO Box 30285,   Salt Lake City, UT 84130-0285
```

```
District/off: 0422-7           User: mullert              Page 2 of 3                   Date Rcvd: Apr 14, 2016
                               Form ID: 3180WH            Total Noticed: 77
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
11328963       E-mail/Text: bankruptcy@co.henrico.va.us Apr 15 2016 01:52:29     County of Henrico,
                Department of Pub Utilities,    P.O. Box 90775,    Henrico, VA 23273-0775
11328964      +EDI: CREDPROT.COM Apr 15 2016 01:38:00      Credi Protection Associates,    Attn: Bankruptcy,
                PO Box 802068,    Dallas, TX 75380-2068
11328965      +E-mail/Text: mhumphrey@creditadjustmentboard.com Apr 15 2016 01:52:48
                Credit Adjustment Board, Inc.,    306 East Grace Street,    Richmond, VA 23219-1795
11328966      +EDI: CCS.COM Apr 15 2016 01:33:00      Credit Collection Services,    Two Wells Avenue,
                Dept. 9134,    Newton Center, MA 02459-3225
11328967       EDI: DIRECTV.COM Apr 15 2016 01:38:00      DIRECTV Customer Service,    Attn: Bankruptcy Claims,
                P.O. Box 6550,    Greenwood Village, CO 80155-6550
11328970      +EDI: BLUESTEM.COM Apr 15 2016 01:38:00      Finger Hut,   6250 Ridgewood Rd,
                Saint Cloud, MN 56303-0820
11328972       EDI: AMINFOFP.COM Apr 15 2016 01:38:00      First Premier Bank,    P.O. Box 5524,
                Sioux Falls, SD 57117-5524
11328975       EDI: RMSC.COM Apr 15 2016 01:38:00      G.E. Money Bank,    Attn: Bankruptcy Department,
                P.O. Box 103104,    Roswell, GA 30076-9104
11328976      +EDI: RMSC.COM Apr 15 2016 01:38:00      GECRB,    Attn Bankruptcy Dept,    P O Box 103104,
                Roswell, GA 30076-9104
11604674       E-mail/Text: bankruptcy@co.henrico.va.us Apr 15 2016 01:52:29     HENRICO COUNTY, VIRGINIA,
                JASON M. HART,    ASSISTANT COUNTY ATTORNEY,    P.O. BOX 90775,    HENRICO, VIRGINIA 23273-0775
11464270       EDI: JEFFERSONCAP.COM Apr 15 2016 01:38:00      Jefferson Capital Systems LLC,    PO BOX 7999,
                SAINT CLOUD MN 56302-9617
11550287       EDI: PRA.COM Apr 15 2016 01:33:00      Portfolio Recovery Associates, LLC,    POB 41067,
                Norfolk VA 23541
11741277      +EDI: PRA.COM Apr 15 2016 01:33:00      PRA Receivables Management, LLC,    POB 41067,
                Norfolk, VA 23541-1067
11328991       EDI: PRA.COM Apr 15 2016 01:33:00      Portfolio Recovery Assocs, LLC,    P.O. Box 41067,
                Norfolk, VA 23541-1067
11454557      +E-mail/Text: csidl@sbcglobal.net Apr 15 2016 01:52:29     Premier Bankcard/Charter,
                P.O. Box 2208,    Vacaville, CA 95696-8208
11328992       E-mail/Text: colleen.atkinson@rmscollect.com Apr 15 2016 01:53:02
                Receivables Management System,    7206 Hull Street Road, Ste 21,    Richmond, VA 23235-5827
11328994       Fax: 336-217-7467 Apr 15 2016 02:54:19     SLP Collections,    PO Box 35907,
                Greensboro, NC 27425-5907
11372948       EDI: DRIV.COM Apr 15 2016 01:38:00      Santander Consumer USA,    P.O. Box 560284,
                Dallas, TX 75356-0284
11328993      +EDI: DRIV.COM Apr 15 2016 01:38:00      Santander Consumer Usa,    Po Box 961245,
                Ft Worth, TX 76161-0244
11329001      +EDI: VERIZONEAST.COM Apr 15 2016 01:39:00      Verizon,    Bankrupty Center,    P.O. Box 3037,
                Bloomington, IL 61702-3037
11329002       E-mail/Text: bkr@taxva.com Apr 15 2016 01:52:42     Virginia Department of Tax,    PO Box 2156,
                Richmond, VA 23218-2156
11554089      +EDI: WFFC.COM Apr 15 2016 01:38:00      Wells Fargo Bank, NA,    Attn: Bankruptcy Department,
                3476 Stateview Blvd.,MAC #D3347-014,    Fort Mill, SC 29715-7200
11329004      +EDI: WFFC.COM Apr 15 2016 01:38:00      Wells Fargo Home Mortgage, Inc,    MAC X2302-04C,
                One Home Campus,    Des Moines, IA 50328-0001
11329008       EDI: WFNNB.COM Apr 15 2016 01:38:00      World Financial Network N.B.,    Bankruptcy Department,
                P.O. Box 182125,    Columbus, OH 43218-2125
                                                                                              TOTAL: 28

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +NCEP, LLC,   P.O. Box 165028,    Irving, TX 75016-5028
cr*          +PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
11550323*    +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
12419897*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,     PO Box 41067,
                Norfolk, VA 23541)
11328985      ##Nationwide Credit Corp,    4700 Vestal Pkwy E,   Vestal, NY 13850-3770
                                                                                TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0422-7          User: mullert              Page 3 of 3              Date Rcvd: Apr 14, 2016
                              Form ID: 3180WH            Total Noticed: 77
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 14, 2016 at the address(es) listed below:
              Andrew Todd Rich    on behalf of Creditor    WELLS FARGO BANK, NA bkvaecfupdates@bww-law.com
              Jason Meyer Krumbein    on behalf of Joint Debtor Keta Juanita Jackson jkrumbein@krumbeinlaw.com,
               a30156@yahoo.com;plutzky@krumbeinlaw.com
              Jason Meyer Krumbein    on behalf of Debtor Davon Letrel Jackson jkrumbein@krumbeinlaw.com,
               a30156@yahoo.com;plutzky@krumbeinlaw.com
              Suzanne E. Wade    ecfsummary@ch13ricva.com,   trustee@ch13ricva.com
              Thomas Bradford Dail    on behalf of Creditor    WELLS FARGO BANK, NA brad.dail@bww-law.com,
               bkvaecfupdates@bww-law.com
                                                                                             TOTAL: 5
```